**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

VICTOR TAVAREZ and
CRESENCIA BAYRON,

        Defendants.

- - - - - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr.



07 CRIM. 375

U.S. DISTRICT COURT FILED MAY 02 2007 S.D. OF N.Y. W.P.

### COUNT ONE

The Grand Jury charges:

1. From at least in or about December 2006, up to and including on or about February 3, 2007, in the Southern District of New York and elsewhere, VICTOR TAVAREZ and CRESENCIA BAYRON, the defendants, together with others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that VICTOR TAVAREZ and CRESENCIA BAYRON, the defendants, and others known and unknown, would distribute and possess with intent to distribute a controlled substance, to wit, five-hundred grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal objects thereof, VICTOR TAVAREZ and CRESENCIA BAYRON, the defendants, committed the following overt act, among others, in the Southern District of New York:

a. On or about February 3, 2007, VICTOR TAVAREZ and CRESENCIA BAYRON, the defendants, traveled to the 100 block of Woodworth Avenue in Yonkers, New York to sell cocaine.

(Title 21, United States Code, Section 846.)

_/s/ Lynda Bown_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney