# Green & Willstatter

ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 403
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN　　　　　　　　　(914) 948-5656

RICHARD D. WILLSTATTER　　　　　　FAX (914) 948-8730

July 2, 2007

HON. STEVEN C. ROBINSON
United States District Court
300 Quarropas Street
White Plains, New York  10601

**MEMO ENDORSED**

　　　Re: USA v. Cresencia Bayron, 07 Cr. 375 (SCR)

Dear Judge Robinson:

　　　This letter is submitted in connection with a CJA voucher for investigative services submitted in this case and is a request to authorize a claim for compensation that exceeds by $202.50 the amount previously authorized. Prior authorization, as per Magistrate Judge Mark D. Fox, and pursuant to my estimate, was for up to $1500.00. The voucher also includes, in addition to compensation, claims for travel and other expenses, for which approval is sought.

　　　The investigative work in this case included traveling to locations in Manhattan, the Bronx and Westchester County in an effort to: reconstruct the client's movements on the day of the arrest, visit the scene of the arrest and visit another location of relevance to the case. The work including canvassing for possible witnesses at these locations and taking photographs as well as conferring with counsel and the client.

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　THEODORE S. GREEN

cc:　　MARTIN E. GOTKIN
　　　　Private Investigator

*This Court authorizes additional compensation for investigative work in this case in the amount of $202.50. Such compensation covers investigative services compensation, travel and all additional expenses.*

SO ORDERED,

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

7/12/07