UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

CRESCENCIA BAYRON,

        Defendant.

- - - - - - - - - - - - - - - - - - - x

**ORIGINAL**

INFORMATION

S1 07 Cr. 375 (SCR)

        The United States Attorney charges:

        On or about February 3, 2007, in the Southern District of New York, CRESCENCIA BAYRON, the defendant, unlawfully, willfully, and knowingly, having knowledge of the actual commission of a felony cognizable by a court of the United States, concealed and did not as soon as possible make known the same to some judge or other person in civil authority under the United States, to wit, BAYRON had knowledge of the commission of a controlled substance offense in violation of Title 21, United States Code, Section 841 and lied about the offense to a federal law enforcement agent.

        (Title 18, United States Code, Section 4.)

MICHAEL J. GARCIA
United States Attorney