# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, :

v. :

CRESCENCIA BAYRON, :

                     Defendant. :

-------------------------------x

*S1 07 Cr. 375 (SCR)*

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED*

**CRESCENCIA BAYRON**, the above-named defendant, who is accused of violating Title 18, United States Code, Section 4, having been advised of the nature of the charge and of her rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*/s/ C. Bayron*
Defendant.

*/s/*
Counsel for Defendant.

Date:  White Plains, New York
      October 17, 2007