UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
) **NOTICE OF APPEARANCE AND REQUEST**
v. ) **FOR ELECTRONIC NOTIFICATION**
) **07 Cr. 0375**
VICTOR TAVAREZ, et al., )
)
       Defendants. )

TO:   Clerk of Court
        United States District Court
        Southern District of New York

     The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                Respectfully submitted,

                MICHAEL J. GARCIA
                United States Attorney for the
                Southern District of New York


      By:    /s/ Nicholas L. McQuaid
              Nicholas L. McQuaid
              Assistant United States Attorney
              (914) 993-1936
              Nicholas.McQuaid@usdoj.gov