UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, | 07 Cr 375 (SCR) |
| -v.- | NOTICE OF CHANGE OF ATTORNEY'S |
| CRESENCIA BAYRON, | ADDRESS |
| Defendant. | |

------------------------------------------------------------x

      PLEASE TAKE NOTICE that the address for counsel for defendant CRESENCIA BAYRON has been changed to the following:

      THEODORE S. GREEN
      GREEN & WILLSTATTER
      200 Mamaroneck Avenue - Suite 605
      White Plains, New York   10601.

Dated:   White Plains, New York
            February 15, 2008

                                        Yours, etc.,

                                        s/Theodore S. Green
                                        THEODORE S. GREEN
                                        Green & Willstatter
                                        200 Mamaroneck Avenue - Suite 605
                                        White Plains, New York   10601
                                        (914) 948-5656
                                        Fax: (914) 948-8730
                                        theosgreen@msn.com

PDF created with pdfFactory trial version www.pdffactory.com