**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
U.S.A.


                                           NOTICE OF REASSIGNMENT

              -v-
                                           1:07 CR 375 (RJH)


Tavarez, et al

------------------------------------X
```

   Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of


   JUDGE: Richard J. Holwell

   All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.


Dated: 05/29/2008

J. Michael McMahon, CLERK

by: _____
      Deputy Clerk

cc: Attorneys of Record

i:\forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004